IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALTON R. GRIGGS, JR., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| YUSEF BRINSON, ) | |
| ) | |
|     Plaintiff-Intervenor, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:16cv406-MHT |
| ) | (WO) |
| KENWORTH OF MONTGOMERY, ) | |
| INC., and ARROW TRUCK ) | |
| SALES, INC., a corporation, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

Now pending before the court are the following motions: defendant Kenworth of Montgomery, Inc.'s motion to change venue (doc. no. 12) filed on June 27, 2016; defendant Arrow Truck Sales, Inc.'s motion to change venue (doc. no. 22) filed on July 11, 2016; defendant Kenworth of Montgomery's motion to compel arbitration (doc. no. 26) filed on July 18, 2016; and defendant Kenworth of Montgomery's motion to compel intervenor Yusef Brinson's claims to arbitration (doc.

no. 52) filed on November 29, 2016. Also pending before the United States Magistrate Judge is Arrow's motion to dismiss for lack of jurisdiction (doc. no. 58) filed on December 8, 2016. Arrow's motion to dismiss came under submission on September 5, 2017, and resolution of that motion will affect the course of this litigation.

Accordingly, upon consideration of the motions, and for good cause, it is ORDERED that the motions to change venue (doc. nos. 12 & 22) and the motions to compel arbitration (doc. nos. 26 & 52) are denied without prejudice and with leave to reinstate, following resolution of defendant Arrow Truck Sales, Inc.'s pending motion to dismiss.

DONE, this the 22nd day of September, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**